UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRUCE CORDOBA, | No.  2:26-cv-1133 AC P |
| Plaintiff, | |
| v. | ORDER |
| BROWN, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  By order filed April 20, 2026, plaintiff's complaint was screened and he was given the option of amending the complaint or proceeding immediately on cognizable claims only.  ECF No. 5. Plaintiff has now notified the court that he would like to amend the complaint.  ECF No. 7.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the April 20, 2026 screening order.  If plaintiff fails to file an amended complaint, the case will proceed on the original complaint, as screened, and it will be recommended that the negligence claim and any claims based on the refusal to provide a blood or urine test be dismissed without prejudice.

////

////

1

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: April 28, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE